■ ELIZABETH PLOHN, Appellant, v. CHARLES PLOHN, Respondent.— Judgment unanimously modified so as to delete the dismissal of the fourth cause of action on the merits and to dismiss the fourth cause of action with leave to the plaintiff, if so advised, to institute an action in law or equity based on her claim to the property involved and, as so modified, the judgment is in all other respects affirmed, without costs. We cannot accept the view of the trial court that plaintiff forfeited all rights and interest in the household furnishings, furniture and equipment when she justifiably left the household and procured a separation. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow, Botein and Cox, JJ. [206 Misc. 969.] [See *post*, p. 885.]

■ GEORGE SCHLOSSBERG v. IRVING SCHLOSSBERG et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ. [See 286 App. Div. 1008.]

■ FRIEDA RADER et al. v. MANUFACTURERS CASUALTY INSURANCE COMPANY OF PHILADELPHIA, PENNA., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ. [See *ante*, p. 799.]

■ BENJAMIN HARROW v. CLARENCE J. SHEARN. DOROTHEA A. SHEARN, as Executrix of CLARENCE J. SHEARN, Now Deceased.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ. [See *ante*, p. 766.]

■ WESTINGHOUSE ELECTRIC CORPORATION v. JOSEPH H. LYONS et al., Individually and as Copartners Doing Business under the Name of LYONS ELECTRICAL DISTRIBUTING COMPANY.—Motion for leave to appeal to the Court of Appeals denied, with 10 costs. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See *ante*, p. 770.]

■ METROPOLITAN CONVOY CORPORATION v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ. [See *ante*, p. 667.]

## (February 28, 1956)

■ In the Matter of the Accounting of WILLY ZIETZ, as Ancillary Administrator of the Estate of HUGO ZIETZ, SR., Deceased; as Administrator of the Estate of HUGO ZIETZ, JR., Deceased, and as Administrator of the Estate of HEDWIG ZIETZ, Deceased, Respondent. MADELEINE ZIETZ-HALMOS, Intervenor-Appellant.— Motion to dismiss appeals granted. Concur — Breitel, J. P., Botein, Cox and Frank, JJ.